**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**August 18, 2003**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 03-40060
Summary Calendar

_____


UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

ALFREDO GUERRA

Defendant - Appellant

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-02-CR-277-ALL
--------------------

Before KING, Chief Judge, and DAVIS and BARKSDALE, Circuit
Judges.

PER CURIAM:[*]

The Federal Public Defender, court-appointed counsel for

Alfredo Guerra, has moved for leave to withdraw and has filed a

brief as required by Anders v. California, 386 U.S. 738 (1967).

Guerra has not filed a response.  Our independent review of the

brief and the record discloses no nonfrivolous appellate issue.

Accordingly, counsel's motion for leave to withdraw is GRANTED,

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

counsel is excused from further responsibilities herein, and the

APPEAL IS DISMISSED.  5TH CIR. R. 42.2.